Certificate Number: 15322-PAE-DE-040854824

Bankruptcy Case Number: 26-11293



15322-PAE-DE-040854824

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2026, at 9:17 o'clock AM CDT, Esther Reyes completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 14, 2026                    By:     /s/Arleni Gonzalez

                                          Name:   Arleni Gonzalez

                                          Title:   Certified Credit Counselor